UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PHILIP CARRILLO** | * | CIVIL ACTION NO. 2:25-CV-01787 |
| | * | |
| **VERSUS** | * | |
| | * | JUDGE: SARAH S. VANCE |
| **CRESCENT PAYROLL SOLUTIONS, INC. ET AL**. | * | |
| | * | MAGISTRATE: EVA J. DOSSIER |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### DEFENDANTS' PARTIAL
### MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)

**NOW COME** Defendants, Crescent Payroll Solutions, LLC f/k/a Crescent Payroll Solutions, Inc., Sanders Offner, and Justin Farrae, who move this Court to dismiss certain claims asserted by Plaintiff Philip Carrillo.

In his Complaint, Mr. Carrillo claims Defendants are liable to him for breach of contract, breach of the covenant of good faith and fair dealing, detrimental reliance, abuse of rights, and tortious interference with contract. He also seeks to declare the non-compete provision in his Employment Agreement invalid.[1]

Defendants move the Court pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss Mr. Carrillo's breach of covenant of good faith and fair dealing claim because Louisiana does not recognize a separate and distinct obligation of good faith, the breach of which would be equivalent to a breach of contract between the parties. Defendants also move to dismiss Mr. Carrillo's detrimental reliance claim because he has not alleged that he changed his position to his detriment based on any alleged representation by Defendants by their conduct or word. Finally, Defendants move to dismiss Mr. Carrillo's abuse of rights claim because he has not alleged facts to establish that Defendants abuse their legal right to terminate his employment.

---

[1] R. Doc. No. 1.

By way of this motion, Defendants do not seek to dismiss Mr. Carrillo's breach of contract or tortious interference claims or his claim to invalidate the non-compete provision in his Employment Agreement.

WHEREFORE, Defendants pray that the Court grant their motion and dismiss Mr. Carrillo's breach of covenant of good faith and fair dealing, detrimental reliance, and abuse of rights claims with prejudice.

Respectfully submitted:

**ADAMS AND REESE, LLP**

*/s/ Elizabeth A. Roussel*
**ELIZABETH A. ROUSSEL** (#27943)
**TAYLOR P. SMITH** (#41421)
Hancock Whitney Center
701 Poydras Street, Suite 4500
New Orleans, Louisiana, 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
Email: liz.roussel@arlaw.com
taylor.smith@arlaw.com
*Counsel for Defendants*