**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **PHILIP CARRILLO** | * | **CIVIL ACTION NO. 2:25-CV-01787** |
| **VERSUS** | * | |
| | * | **JUDGE: SARAH S. VANCE** |
| **CRESCENT PAYROLL SOLUTIONS, INC. ET AL**. | * | **MAGISTRATE: EVA J. DOSSIER** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendants' Partial Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) will be submitted for consideration by the Honorable Sarah Vance on November 26, 2025 at 10:00 a.m.

Respectfully submitted:

**ADAMS AND REESE, LLP**

*/s/ Elizabeth A. Roussel*
**ELIZABETH A. ROUSSEL** (#27943)
**TAYLOR P. SMITH** (#41421)
Hancock Whitney Center
701 Poydras Street, Suite 4500
New Orleans, Louisiana, 70139
Telephone:  (504) 581-3234
Facsimile:  (504) 566-0210
Email: liz.roussel@arlaw.com
         taylor.smith@arlaw.com
*Counsel for Defendants*