IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PHILIP CARRILLO<br>*Plaintiff*,<br><br>v.<br><br>CRESCENT PAYROLL SOLUTIONS, INC., CRESCENT PAYROLL SOLUTIONS LLC, SANDERS OFFNER, and JUSTIN FARRAE,<br><br>*Defendants*. | §§§§§§§§§§§§§ | NO. 2:25-cv-01787<br><br>JURY TRIAL DEMANDED |

MOTION FOR ADMISSION *PRO HAC VICE* FOR BRIDGET DAVIDSON

COMES NOW William Most, a member of the bar of this Court, and counsel of record for Plaintiff Philip Carrillo, seeking an Order permitting Bridget Davidson ("Davidson") of Space City Law Firm out of Houston, Texas to enter her appearance for Plaintiff.

Per Local Rule 83.2.5, attached hereto as Exhibit 1 is a recent certificate of good standing for Bridget Davidson from the Supreme Court of the State of Texas. Attached as Exhibit 2 is the Declaration of Bridget Davidson and Exhibit 3 is the completed Consent to Electronic Filing form.

WHEREFORE, William Most respectfully requests that this Court enter an Order granting Bridget Davidson permission to enter her *pro hac vice* appearance and to appear as counsel for Plaintiff Philip Carrillo in this matter.

Respectfully submitted,

*/s/ William Most*
William Most (La. Bar No. 36914)
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
Tel: (504) 509-5023
Email: *williammost@gmail.com*