IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PHILIP CARRILLO | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | NO. 2:25-cv-01787 |
| | § | |
| CRESCENT PAYROLL SOLUTIONS, | § | |
| INC., CRESCENT PAYROLL | § | JURY TRIAL DEMANDED |
| SOLUTIONS LLC, SANDERS OFFNER, | § | |
| and JUSTIN FARRAE, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER ON PLAINTIFF'S MOTION FOR
## PRO HAC VICE FOR BRIDGET DAVIDSON

ON THIS DAY came to be considered the Motion for Pro Hac Vice admission for Texas attorney Bridget Davidson. It is this Court's opinion that the Motion should be GRANTED. THEREFORE,

IT IS ORDERED the Motion for Pro Hac Vice admission for Bridget Davidson be GRANTED;

IT IS FURTHER ORDERED that attorney Bridget Davidson be enrolled as counsel of record in the above-captioned matter.

IT IS SO ORDERED.

Signed on the_____ day of _____, 2025.

_____
HONORABLE SARAH S. VANCE
UNITED STATES DISTRICT JUDGE