# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PHILIP CARRILLO §<br>　*Plaintiff*, §<br>§<br>§<br>v. §<br>§<br>§<br>CRESCENT PAYROLL SOLUTIONS, §<br>INC., CRESCENT PAYROLL §<br>SOLUTIONS LLC, SANDERS OFFNER, §<br>and JUSTIN FARRAE, §<br>§<br>　*Defendants*. | NO. 2:25-cv-01787<br><br>JURY TRIAL DEMANDED |

## DECLARATION OF BRIDGET DAVIDSON

Under 28 U.S.C. § 1746, I, Bridget Davidson, declare under penalty of perjury that the following is true and correct:

1. "My name is Bridget Davidson and I am counsel for Plaintiff Philip Carrillo.

2. I am an attorney in good standing, licensed and admitted to practice law in the State of Texas.

3. No disciplinary proceedings or criminal charges have ever been instituted against me."

Executed on November 12, 2025 in Washington County, Texas.

*Bridget Davidson*
ID GrRFcprzu6KA5VpCcRBtZMrU
Bridget Davidson
Declarant

## eSignature Details

**Signer ID:**  **GrRFcprzu6KA5VpCcRBtZMrU**
Signed by: Bridget Davidson
Sent to email: bdavidson@spacecitylaw.com
IP Address: 216.102.22.126
Signed at: Nov 12 2025, 7:44 pm CST