IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PHILIP CARRILLO<br>　*Plaintiff*, | § <br> § <br> § | |
| v. | § <br> § | NO. 2:25-cv-01787 |
| CRESCENT PAYROLL SOLUTIONS,<br>INC., CRESCENT PAYROLL<br>SOLUTIONS LLC, SANDERS OFFNER,<br>and JUSTIN FARRAE, | § <br> § <br> § <br> § <br> § | JURY TRIAL DEMANDED |
| 　*Defendants*. | § <br> § | |

## ORDER ON PLAINTIFF'S MOTION FOR
## LEAVE TO FILE AN AMENDED COMPLAINT

**CONSIDERING THE FORGOING** Unopposed Motion for Leave to Amend Plaintiff's Original Complaint, it is the Court's opinion that the Motion for Leave be GRANTED. THEREFORE,

IT IS ORDERED Plaintiff's Motion for Leave is GRANTED;

IT IS FURTHER ORDERED that Plaintiff may file his First Amended Complaint within ten (10) days of this Order.

IT IS SO ORDERED.

New Orleans, Louisiana, signed on the ___14th___ day of _____November_____, 2025.

_____
HONORABLE SARAH S. VANCE
UNITED STATES DISTRICT JUDGE