UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PHILIP CARRILLO | CIVIL ACTION |
| VERSUS | NO. 25-1787 |
| CRESCENT PAYROLL SOLUTIONS, INC. ET AL. | SECTION "R" (3) |

## ORDER

Before the Court is defendant's partial motion to dismiss plaintiff's original complaint.[1] Plaintiff has since filed an amended complaint. Defendant has fourteen days to supplement its partial motion to dismiss to address the allegations in the amended complaint or to notify the Court if it does not wish to challenge the sufficiency of the amended complaint. If defendant seeks dismissal of the amended complaint, plaintiff has seven days to respond to the defendant's submission.

New Orleans, Louisiana, this __9th__ day of December, 2025.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 6.