UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PHILIP CARRILLO** | * | **CIVIL ACTION NO. 2:25-CV-01787** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE: SARAH S. VANCE** |
| **CRESCENT PAYROLL SOLUTIONS, INC. ET AL**. | * | |
| | * | **MAGISTRATE: EVA** |
| | * | **J. DOSSIER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>SUPPLEMENTAL RULE 7.1 DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1 (amended effective 12/31/22) Crescent Payroll Solutions, LLC f/k/a Crescent Payroll Solutions, Inc. makes the following disclosures:

1. **Is the disclosing party a nongovernmental corporate party (or a nongovernmental corporation that seeks to intervene)?**

Yes.

If "No," proceed to Question 2. If "Yes," respond to the following:

   a. **Identify any parent corporation and any publicly held corporation owning 10% or more of its stock, or**
   b. **State that there is no such corporation.**

It has no parent corporation, nor does it have any stock. Thus, no publicly held corporation owns more than 10% of its stock.

2. **Is the disclosing party either a party or an intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a)?**

Yes.

If "No," sign and submit the form. If "Yes," respond to the following:

   **a. Identify the name—and citizenship—of every individual or entity whose citizenship is attributed to the disclosing party (including all members, sub-members, general and limited partners, and corporations) at the time the action was filed in or removed**

**to federal court (or when any later event occurs that could affect the court's jurisdiction under § 1332(a)):**[1]

Crescent Payroll Solutions, LLC f/k/a Crescent Payroll Solutions, Inc. is owned by isolved Network Holdings, LLC and CPS Interests, LLC**.**

isolved Network Holdings, LLC is owned by isolved Network LLC, a Delaware limited liability company, which is owned by isolved, Inc., a Michigan corporation, with a principal place of business at 11215 N. Community House Rd., Suite 800, Charlotte, North Carolina 28277. Thus, isolved Network Holdings, LLC is a citizen of Michigan and North Carolina.

CPS Interests, LLC is solely owned by Sanders Offner, who is a citizen of Louisiana. Thus, CPS Interests, LLC is a citizen of Louisiana.

Accordingly, Crescent Payroll Solutions, LLC f/k/a Crescent Payroll Solutions, Inc. is a citizen of Louisiana, Michigan, and North Carolina.

Respectfully submitted:

**ADAMS AND REESE LLP**

*/s/ Taylor P. Smith*
**ELIZABETH A. ROUSSEL (#27943)**
**TAYLOR P. SMITH (#41421)**
Hancock Whitney Center
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
Email: liz.roussel@arlaw.com
             taylor.smith@arlaw.com

*Counsel for Crescent Payroll Solutions, LLC f/k/a Crescent Payroll Solutions, Inc.*

---

[1] Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the disclosing party has identified the citizenship of all persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.