UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PHILIP CARRILLO § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> CRESCENT PAYROLL SOLUTIONS, § <br> INC., CRESCENT PAYROLL § <br> SOLUTIONS LLC, SANDERS OFFNER, § <br> and JUSTIN FARRAE, § <br> § <br> *Defendants*. § | NO. 2:25-cv-01787 <br><br> JURY TRIAL DEMANDED |

### *EX PARTE* MOTION TO ENROLL
### ADDITIONAL COUNSEL OF RECORD FOR PLAINTIFF

NOW INTO COURT, respectfully comes the undersigned, who moves pursuant to Local Rule 83.2.12(A) that Caroline Gabriel (La. Bar No. 38224) and Hope Phelps (La. Bar No. 37259 ) of the law firm of Most & Associates, 201 St. Charles Ave., Ste. 2500, # 9685, New Orleans, LA 70170, be enrolled as additional counsel of record for Plaintiff.

**WHEREFORE**, Plaintiff prays that this Court enter an Order permitting Caroline Gabriel and Hope Phelps to enroll as additional counsel for Plaintiff in this proceeding.

Respectfully submitted,

*/s/ William Most*
William Most, 36914
Caroline Gabriel, 38224
Hope Phelps, 37259
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
Telephone: (504) 509-5023
Fax: (504) 414-6400
williammost@gmail.com
caroline.gabriel.ma@gmail.com
hopeaphelps@outlook.com

2

and

Bridget Davidson*
TX Bar No.: 24096858
SPACE CITY LAW FIRM
440 Louisiana St., Ste 1110
Houston, Texas 77002
bdavidson@spacecitylaw.com
Tel: 713.568.5305
Fax: 713.583.1107

*Enrolled Pro Hac Vice

*Attorneys for Plaintiff*

2