**Settlement Conference Requirements**

The parties must be prepared to participate in meaningful and good-faith settlement negotiations at the conference. Most conferences last approximately two hours. Any party appearing without authority to negotiate, or without the ability to contact a client with ultimate settlement authority readily throughout the settlement conference, may be sanctioned. Parties who are natural persons and/or corporate representatives of parties must be personally present if they reside or have a business address within 100 miles of the courthouse. Any party not within the designated geographic area must have a person with ultimate settlement authority readily available by phone for the duration of the conference. Counsel must participate in person in the conference (regardless of geographic location). Requests to depart from the in-person requirement (whether by counsel or a party) should be submitted to efile-dossier@laed.uscourts.gov at least four business days before the conference.[1]

Two weeks before the settlement conference, Plaintiff(s) must make an updated settlement demand. Defendant(s) must respond to that demand no later than one week before the conference. If the conference is set with less than ten days' notice, the parties must still make the required demand and response prior to the conference.

Each party must provide a concise confidential settlement memorandum. The settlement memorandum must be no longer than five double-spaced pages. It must

---

[1] For example, if the settlement conference is scheduled for a Monday, any requests to appear virtually must be submitted no later than 11:59 p.m. on the preceding Tuesday.

include a brief description of (1) any liability disputes; (2) the damages at issue; (3) the key evidence the party expects to produce at trial; (4) the party's settlement position, including a frank assessment of both the strengths and weaknesses of the party's case; (5) dates and dollar amounts of any offers or responses;[2] (6) any other issues that may be material to settlement discussions (e.g., outstanding liens or pending motions); and (7) the identities of the attorneys and party representatives who intend to participate in the conference, as well as a *direct* telephone number for counsel.  The memorandum must be submitted at least three business days before the conference.[3] It should be emailed directly to: efile-dossier@laed.uscourts.gov.  The email subject line should read: "Settlement Memorandum for [case number] on [date of conference]."  Do not mail hard copies of the settlement memorandum to chambers.

It is the duty of the plaintiff(s) to notify this Court promptly if trial is continued or if the case is settled or otherwise resolved prior to the date of the scheduled settlement conference, so that the matter may be removed from the Court's docket.

---

[2] Any written negotiations may be attached to the settlement memorandum.
[3] For example, if the settlement conference is scheduled for Monday, the confidential settlement memoranda must be submitted no later than 11:59 p.m. on the preceding Wednesday.