IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PHILIP CARRILLO,<br>*Plaintiff,*<br><br>v.<br><br>CRESCENT PAYROLL SOLUTIONS, INC., CRESCENT PAYROLL SOLUTIONS, LLC, SANDERS OFFNER, and JUSTIN FARRAE,<br>*Defendants.* | C.A. No. 2:25-cv-01787<br><br>JUDGE SARAH S. VANCE<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 (amended effective 12/31/2022), Plaintiff Philip Carrillo makes the following disclosures:

1. **Is the disclosing party a nongovernmental corporate party (or a nongovernmental corporation that seeks to intervene)?**

    No

2. **Is the disclosing party either a party or an intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a)?**

    Yes

    a. **Identify the name—and citizenship—of every individual or entity whose citizenship is attributed to the disclosing party (including all members, sub-members, general and limited partners, and corporations) at the time the action was filed in or removed to federal court (or when any later event occurs that could affect the court's jurisdiction under § 1332(a):**

    Plaintiff Philip Carrillo is a citizen of the State of Texas.

Counsel acknowledges a continuing obligation to "promptly file a supplemental statement if any required information changes." Fed. R. Civ. P. 7.1(b)(2).

**SPACE CITY LAW FIRM**

/s/ B. Davidson
_____
Bridget Davidson
*bdavidson@spacecitylaw.com*
TBN: 24096858
SPACE CITY LAW FIRM
440 Louisiana St., Ste 1110
Houston, Texas 77002
Tel.: 713-568-5305


and

MOST & ASSOCIATES
William Most (La. Bar No. 36914)
201 St. Charles Ave., Ste 2500, #9685
New Orleans, LA 70170
Tel.: 504-509-5023
*williammost@gmail.com*

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing was served upon all counsel of record on the 16th day of December 2025 via the Court's CM/ECF system.

                                                                       */s/ Bridget Davidson*
                                                                         Bridget Davidson