UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PHILLIP CARRILLO | CIVIL ACTION |
| VERSUS | NO. 25-1787 |
| CRESCENT PAYROLL SOLUTIONS, INC., ET AL. | SECTION: "R" (3) |

### ORDER RESCHEDULING SETTLEMENT CONFERENCE

At the request of counsel,

**IT IS ORDERED** that the settlement conference currently set for Thursday, October 1, 2026, at 9:30 a.m., is hereby **RESCHEDULED** to **Wednesday, September 30, 2026, at 9:30 a.m.,** before the undersigned magistrate judge, Courtroom, B-305, Hale Boggs Building, 500 Poydras Street, New Orleans, Louisiana. Please note that a photo ID is required to enter the building. **PLEASE ARRIVE TEN MINUTES BEFORE THE SCHEDULED START TIME.**

**IT IS FURTHER ORDERED** that the parties comply with the attached Settlement Conference Requirements.

New Orleans, Louisiana, this 15th day of December, 2025.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE