UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PHILIP CARRILLO | CIVIL ACTION |
| VERSUS | NO. 25-1787 |
| CRESCENT PAYROLL SOLUTIONS, INC. ET AL. | SECTION "R" (3) |

## ORDER

Upon receipt of confirmation from defendants that defendants do not wish to challenge the sufficiency of plaintiff's amended complaint, the Court DISMISSES AS MOOT defendants' earlier filed partial motion to dismiss plaintiff's original complaint.[1]

New Orleans, Louisiana, this 30th day of December, 2025.

_Sarah Vance_
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 6.