UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PHILLIP CARRILLO                                    CIVIL ACTION

VERSUS                                              NO. 25-1787

CRESCENT PAYROLL SOLUTIONS,                         SECTION:  "R" (3)
LLC

### <u>ORDER RESCHEDULING SETTLEMENT CONFERENCE</u>

At the request of counsel,

**IT IS ORDERED** that the settlement conference currently set for Wednesday, September 30, 2026, at 9:30 a.m., is hereby **RESCHEDULED** to **Thursday, September 3, 2026, at 9:30 a.m.,** before the undersigned magistrate judge, Courtroom, B-305, Hale Boggs Building, 500 Poydras Street, New Orleans, Louisiana. Please note that a photo ID is required to enter the building. **PLEASE ARRIVE TEN MINUTES BEFORE THE SCHEDULED START TIME.**

**IT IS FURTHER ORDERED** that the parties comply with the attached Settlement Conference Requirements.

New Orleans, Louisiana, this 25th day of June, 2026.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE