**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **PHILIP CARRILLO** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | |
| | * | **NO. 25-1787** |
| **CRESCENT PAYROLL SOLUTIONS, INC. ET AL.** | * | |
| | * | |
| | * | **SECTION: "R" (3)** |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

**MOTION FOR SUMMARY JUDGMENT**

NOW COME Defendants, Crescent Payroll Solutions, LLC f/k/a Crescent Payroll Solutions, Inc., Sanders Offner, and Justin Farrae, and move the Court pursuant to Federal Rule of Civil Procedure 56 to dismiss all of Plaintiff Philip Carrillo's claims against them with prejudice.

In support of this motion, Defendants submit the attached Memorandum in Support of Motion for Summary Judgment and the following evidence attached to it:

A. Excerpts of Philip Carrillo's deposition, cited as "*Carrillo __:__ and Ex. _.*"

B. Excerpts of Justin Farrae's deposition, cited as "*Farrae __:__ and Ex. _.*"

C. Excerpts of Sanders Offner's deposition, cited as "*Offner __:__ and Ex. _.*"

D. Justin Farrae's Responses to Plaintiff's First Set of Interrogatories cited as "*Farrae Int. at Resp. to Int No. _ .*"

E. Sanders Offner's Responses to Plaintiff's First Set of Interrogatories cited as "*Offner Int. at Resp. to Int No. _ .*"

F. Declaration of Sanders Offner cited as "*Farrae Decl.* ¶_."

G. Crescent Payroll Solutions, Inc.'s Responses to Plaintiff's First Set of Interrogatories cited as "*Crescent Int. at Resp. to Int No. _ .*"

WHEREFORE, based on the summary judgment evidence, the undisputed facts, and the law, Defendants pray that the Court grant summary judgment in their favor and dismiss Carrillo's claims against them with prejudice.

Respectfully submitted:

**ADAMS AND REESE, LLP**

*/s/ Elizabeth A. Roussel*
**ELIZABETH A. ROUSSEL** (#27943)
**TAYLOR P. SMITH** (#41421)
Hancock Whitney Center
701 Poydras Street, Suite 4500
New Orleans, Louisiana, 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
Email: liz.roussel@arlaw.com
taylor.smith@arlaw.com
*Counsel for Defendants*