UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PHILIP CARRILLO | * | CIVIL ACTION |
| | * | |
| VERSUS | * | |
| | * | NO. 25-1787 |
| CRESCENT PAYROLL SOLUTIONS, INC. ET AL. | * | |
| | * | |
| | * | SECTION: "R" (3) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DECLARATION OF SANDERS OFFNER**

I, Sanders Offner, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18, am competent to testify herein, and am authorized to execute this declaration. I am of sound mind and capable of making this declaration. I have personal knowledge of the facts stated in this declaration, they are true and correct and, if called to testify in this regard, my testimony would be the same as that set forth herein.

2. I am the President of Crescent Payroll Solutions, LLC, formerly known as Crescent Payroll Solutions, Inc. ("Crescent").

3. I have read Philip Carrillo's lawsuit against me, Justin Farrae, and Crescent and am aware that Philip contends that we terminated his employment in an attempt to avoid making profit-sharing and other payments to him pursuant to his Compensation Agreement, including payments related to the reorganization of Crescent that occurred in May 2025.

4. The decision to terminate Philip's employment in June 2024 was entirely based on his job performance. It had nothing to do with any planned sale or reorganization of Crescent. In fact, no sale or reorganization had even been contemplated as of June 2024. Nor had any steps been taken as of June 2024 to effectuate any sale or reorganization of Crescent.

5. I am also aware that Philip seeks to have the court declare that the non-compete

EXHIBIT
F

provision in his Employment Agreement is unenforceable. Crescent has never sought to enforce the non-compete provision against Philip and it has no intention of doing so. In fact, more than two years have elapsed since Crescent terminated Philip's employment, so the non-compete provision has now expired by its terms.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 17, 2026.

Sanders Offner