**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **PHILIP CARRILLO** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | |
| | * | **NO. 25-1787** |
| **CRESCENT PAYROLL SOLUTIONS, INC.** | * | |
| **ET AL.** | * | |
| | * | **SECTION: "R" (3)** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANTS' WITNESS AND EXHIBITS LIST**

NOW COME Defendants, Crescent Payroll Solutions, LLC f/k/a Crescent Payroll Solutions, Inc., Sanders Offner, and Justin Farrae, who submit the following list of witnesses they will or may call to testify at trial and exhibits they will or may seek to introduce at trial.

**I. Witnesses**

a. Will Call

i. Philip Carrillo
2034 Thonig Road
Houston, Texas
(504) 290-7107

ii. Sanders Offner
1322 Cherokee Avenue
Metairie, Louisiana 70005
(504) 301-3318

iii. Justin Farrae
101 Magnolia Drive
Metairie, Louisiana 70005
(504) 453-0441

iv. Jessica Johnson
2450 Severn Ave., Ste. 300
Metairie, LA 70001
(504) 301-3318 ext. 1010

b. May Call

i. Alex Vial
114 Dijon Dr
Slidell, LA 70458
(504) 330-7531

ii. Conner Boleware
1955 Popps Ferry Road
Apt V1110
Biloxi, MS 28421-2014
(601) 549-2002

## II. Exhibits

| | Description | Bates Number | Will or May Introduce |
|---|---|---|---|
| 1. | 2024-06-20 Email from Carrillo to Johnson re 30 Day Improvement Notification – Plan | Crescent 0004-0008 | May introduce |
| 2. | Acknowledgement of Receipt of Employee Handbook | Crescent 0009 | May introduce |
| 3. | Compensation Agreement | Crescent 0010 | Will introduce |
| 4. | Employment Agreement | Crescent 0014-0021 | Will introduce |
| 5. | Employee Warning Notice | Crescent 0035-0036 | Will introduce |
| 6. | Carrillo Resume | Crescent 37-38 | May introduce |
| 7. | 2024-07-01 Email from Johnson to PC re Termination of Employment – Offboarding | Crescent 0039 | May introduce |
| 8. | Policy Addendum: Work from Home (WFH) Agreement | Crescent 0045-0046 | May introduce |
| 9. | Employee 90-day Performance Review | Crescent 0047 | May introduce |
| 10. | 2024-05-23 Letter to Equimax Mortgage | Crescent 0048 | May introduce |
| 11. | Director of Human Resources Job Description | Crescent 0074-0075 | May introduce |
| 12. | Payroll Register | Crescent 0076-0082 | May introduce |
| 13. | Statements of Earnings | Crescent 0083-0175 | Will introduce |
| 14. | Carrillo W-2s | Crescent 0177-0183 | May introduce |
| 15. | 2023-12-15 Email from Offner to Carrillo re EHR incentive pay | Crescent 0184-0185 | May introduce |
| 16. | 2023-12-06 Email from Offner to Carrillo re Thank You | Crescent 0188-0189 | May introduce |
| 17. | Signed Acknowledgment to Handbook Changes | Crescent 0192 | May introduce |
| 18. | Director HR Services Job Description | Crescent 0193-0194 | May introduce |
| 19. | Management Meeting Minutes | Crescent 0195-0205 | May introduce |
| 20. | 2024-01-03 Email from Offner to Carrillo re Copy of Philip sales Comp Projections | Crescent 0206-0207 | May introduce |

| | | | |
|---|---|---|---|
| 21. | Profit-sharing Spreadsheet | Crescent 0212-0219 | May introduce |
| 22. | Teams chats re Carrillo's Termination | Crescent 0220-0221 | May introduce |
| 23. | 2023-04-04 Email from Farrae to Carrillo re March billing through isolved | Crescent 0256-0258 | May introduce |
| 24. | 2023-08-02 Farrae to Carrillo re July HR billing | Crescent 0259-0262 | May introduce |
| 25. | 2022-11-02 Email from Carrillo to Offner and Farrae re EHR comp options | Crescent 0263-0265 | May introduce |
| 26. | 2022-11-29 Email from Carrillo to Farrae re comp agrmnt | Crescent 0266-0267 | May introduce |
| 27. | 2023-07-17 Email from Farrae to Carrillo re Income | Crescent 0270-0276 | Will introduce |
| 28. | 2023-10-16 Email from Farrae to Johnson re commissions | Crescent 0285-0286 | May introduce |
| 29. | 2024-01-16 Email from Farrae to Johnson re Philip commission | Crescent 0287 | May introduce |
| 30. | 2024-01-17 Email from Carrillo to Johnson re Profit Distribution | Crescent 0288-0292 | May introduce |
| 31. | 2024-06-13 Email from Farrae to Johnson re PC | Crescent 0336-0337 | May introduce |
| 32. | 2024-06-13 Email from Offner to Farrae and Johnson re PC | Crescent 0351-0352 | May introduce |
| 33. | 2024-06-14 Email from Offner to Farrae, Johnson, and Reno re Philip (for your eyes only) | Crescent 0353-0354 | Will introduce |
| 34. | 2024-06-15 Email from Offner to Johnson | Crescent 0355 | Will introduce |
| 35. | 2024-06-15 Email from Offner to Johnson | Crescent 0366 | Will introduce |
| 36. | Calendars | Crescent 0378-0427 | May introduce |
| 37. | Amended Shareholder Agreement | Crescent 0428-0445 | May introduce |
| 38. | First Amendment to the Amended Shareholder Agreement of Crescent Payroll Solutions Inc. | Crescent 0446-0452 | May introduce |
| 39. | Q1 2024 Billing Detail | Crescent 0453-1037 | May introduce |
| 40. | Q2 2024 Billing Detail | Crescent 1038-1570 | May introduce |
| 41. | Q1 2023 Billing Detail | Crescent 1571-2063 | May introduce |
| 42. | Q2 2023 Billing Detail | Crescent 2064-2531 | May introduce |
| 43. | Q3 2023 Billing Detail | Crescent 2532-3008 | May introduce |
| 44. | Q4 2023 Billing Detail | Crescent 3009-3504 | May introduce |
| 45. | 01.01.2023-03.31.2023 Empact billing from QBO | Crescent 3505 | May introduce |
| 46. | 04.01.2023-06.30.2023 Empact billing from QBO | Crescent 3506 | May introduce |
| 47. | 07.01.2023-09.30.2023 Empact billing from QBO | Crescent 3507 | May introduce |
| 48. | 10.01.2023-12.31.2023 Empact billing from | Crescent 3508 | May introduce |

| | | | |
|---|---|---|---|
| | QBO | | |
| 49. | 01.01.2024-03.31.2024 Empact billing from QBO | Crescent 3609 | May introduce |

Respectfully submitted:

**ADAMS AND REESE, LLP**

*/s/ Elizabeth A. Roussel*
**ELIZABETH A. ROUSSEL** (#27943)
**TAYLOR P. SMITH** (#41421)
Hancock Whitney Center
701 Poydras Street, Suite 4500
New Orleans, Louisiana, 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
Email: liz.roussel@arlaw.com
taylor.smith@arlaw.com
*Counsel for Defendants*