IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PHILIP CARRILLO<br>*Plaintiff*,<br><br>v.<br><br>CRESCENT PAYROLL SOLUTIONS, INC., CRESCENT PAYROLL SOLUTIONS LLC, SANDERS OFFNER, and JUSTIN FARRAE,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | NO. 2:25-cv-01787<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S WITNESS AND EXHIBITS LIST**

COMES NOW Plaintiff Philip Carrillo ("Plaintiff") and files this Witness and Exhibit List that contains witnesses Plaintiff will or may call as well as exhibits he will or may seek to introduce at trial.

## I. WITNESSES

a. WILL CALL

1. **Philip Carrillo**
   2034 Thonig Road
   Houston, Texas
   504-291-7107

2. **Sanders Offner**
   1322 Cherokee Avenue
   Metairie, Louisiana 70005
   504-301-3318

3. **Justin Farrae**
   101 Magnolia Drive
   Metairie, Louisiana 70005
   504-453-0441

4. **Jessica Johnson**
2450 Severn Ave., Ste 300
Metairie, Louisiana 70001
504-301-3318, ext. 1010

5. **Rema Gray**
13121 Preserve Ln.
Elberta, Alabama 36530
504-488-1851

b. MAY CALL

6. **Richelle Chategnier**
519 Athania Pkwy
Metairie, Lousiana 70001
504-352-5945

7. **Alex Vial**
114 Dijon Dr.
Slidell, Louisiana 70458
504-330-7531

8. **Conner Boleware**
1955 Popps Ferry Road, Apt V1110
Biloxi, Mississippi 28421
601-549-2002

9. **Jennifer Hulling-France**
633 Steward Ave
New Orleans, Louisiana 70123
504-908-9474

## II. EXHIBITS

| No. | Description | Bates Nos. | Will/May Introduce |
|---|---|---|---|
| 1 | Employment Agreement | Crescent 0014 – 0021 | Will Introduce |
| 2 | Compensation Agreement | Crescent 0010 | Will Introduce |
| 3 | Emails Regarding 30 Day Improvement Plan | Crescent 0004 – 0008, | Will Introduce |
| 4 | Plaintiff's Resume | Crescent 0037 – 0038 | Will Introduce |
| 5 | Emails Regarding Termination of Employment | Crescent 0039 | Will Introduce |
| 6 | Director of Human Resources Job Description | Crescent 0074 – 0075 | Will Introduce |
| 7 | Director of Human Resources Services Job Description | Crescent 0193 – 0194 | May Introduce |
| 8 | Plaintiff's Paystubs | Crescent 0083 – 00175 | Will Introduce |
| 9 | Defendant's Profit-Sharing Spreadsheet | Crescent 0212 – 0219 | Will Introduce |
| 10 | Teams chats regarding Plaintiff's Termination | Crescent 0220 – 0221 | May Introduce |
| 11 | Emails Regarding Compensation Agreement | Crescent 0266 – 0267 | May Introduce |
| 12 | Emails Regarding Aspects of Plaintiff's Pay (income, commissions, profit distributions) | Crescent 0270 – 0292 | May Introduce |
| 13 | Emails Between Management Regarding Plaintiff | Crescent 0336 – 0336, 0351 - 0354 | May Introduce |
| 14 | 2023 Quarterly Billing Detail Reports | Crescent 1571 – 3504 | May Introduce |
| 15 | 2024 Quarterly Billing Detail Reports | Crescent 0452 – 1570 | May Introduce |
| 16 | 2023 Empact HR Billing Reports | Crescent 3505 – 3508 | May Introduce |
| 17 | 2024 Empact HR Billing Report | Crescent 3609 | May Introduce |

Respectfully submitted,

SPACE CITY LAW FIRM, PLLC

B Davidson

Bridget Davidson
TX Bar No.: 24096858
SPACE CITY LAW FIRM, PLLC
440 Louisiana St., Ste 1110
Houston, Texas 77002
*bdavidson@spacecitylaw.com*
Tel: 713.568.5305

and

William Most
MOST & ASSOCIATES
LA Bar No.: 36914
201 St. Charles Ave., Ste 2500, #9685
New Orleans, Louisiana, 70170
*williammost@gmail.com*
Tel: 504.509.5023

**Attorneys for Plaintiff**

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Witness and Exhibit Lists was served on all parties and counsel of record via the Court's CM/ECF system.

BDavidson
Bridget Davidson