MINUTE ENTRY
DOSSIER, M.J.
September 3, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PHILLIP CARRILLO | CIVIL ACTION |
| VERSUS | NO. 25-1787 |
| CRESCENT PAYROLL SOLUTIONS, INC. ET AL | SECTION: "R" (3) |

A settlement conference was held on Wednesday, September 3, 2026.

PRESENT FOR:

*Plaintiff:* Bridget Davidson, Philip Carrillo

*Defendants:* Liz Roussel, Sanders Offner, Justin Farrae

Negotiations were successful and resulted in the settlement of all claims.

EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE

MJSTAR: 02:30