MINUTE ENTRY
DOSSIER, M.J.
September 10, 2026
COURT REPORTER: Karen Ibos

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PHILLIP CARRILLO | CIVIL ACTION |
| VERSUS | NO. 25-1787 |
| CRESENT PAYROLL SOLUTIONS, INC., ET AL | SECTION: "R" (3) |

PRESENT FOR:

*Plaintiff:* Bridget Davidson, Philip Carrillo

*Defendants:* Liz Roussel, Sanders Offner, Justin Farrae

The material terms of the settlement were memorialized on the record, and shall remain under SEAL unless otherwise ordered by the court. The U.S. District Judge's chambers have been notified. The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE

MJSTAR: 00:05